**Electronically Filed
Supreme Court
SCWC-22-0000413
05-APR-2024
10:54 AM
Dkt. 8 ODAC**

SCWC-22-0000413

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

RAYMOND EARL ARD,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000413; CASE NO. 5PC051000062)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner's Application for Writ of Certiorari, filed

on February 28, 2024, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, April 5, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. Mckenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

